IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 21-cv-04130-CRB |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| GREG BREDFORD, | |
| Defendant. | |

On September 15, 2021, the clerk entered default in this case alleging violations of the Americans with Disabilities Act. See Entry of Default (dkt. 15). On July 8, 2022, after nearly ten months of no action by Plaintiff, this Court issued an order to show cause. OSC (dkt. 23). The Court ordered Plaintiff to file a motion for default judgment within 14 days or face dismissal pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff did not file. Accordingly, the Court DISMISSES this case with prejudice.

**IT IS SO ORDERED.**

Dated: August 23, 2022

CHARLES R. BREYER
United States District Judge