IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>    Plaintiff,<br>   v.<br>GREG BREDFORD,<br>    Defendant. | Case No. 21-cv-04130-CRB<br><br>**JUDGMENT** |

Because Plaintiff failed to respond to the order to show cause, the Court dismissed this case with prejudice. See Dismissal (dkt. 24). Accordingly, the Court enters judgment for Defendant Greg Bredford and against Plaintiff Scott Johnson.

**IT IS SO ORDERED.**

Dated: August 23, 2022

CHARLES R. BREYER
United States District Judge